# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>BRAD T. FINKLE,<br><br>                    Defendant. | **8:18CR141**<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Jerry M. Hug to withdraw as counsel for the defendant, Brad T. Finkle (Filing No. 21). James K. McGough has filed an entry of appearance as retained counsel for Brad T. Finkle. Jerry M. Hug's motion to withdraw (Filing No. 21) is granted.

      Jerry M. Hug shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Hug which are material to Brad T. Finkle's defense.

      The clerk shall provide a copy of this order to James K. McGough.

      **IT IS SO ORDERED.**

      Dated this 20th day of August, 2018.

                                                                      BY THE COURT:

                                                                      s/ Susan M. Bazis<br>
                                                                      United States Magistrate Judge