IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR141 |
| --- | --- |
| Plaintiff, | ORDER |
| vs. | |
| BRAD T. FINKLE | |
| Defendant. | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [27]. Counsel is seeking additional time to finalize the plea agreement with the government. Accordingly,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [27] is granted as follows:

1. The jury trial, now set for January 15, 2019, is continued to **February 26, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 26, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 4th day of January 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge