IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

BRAD FINKLE,

Defendant.

8:18CR141

**ORDER**

This matter is before the Court on the government's Motion to Dismiss without Prejudice (Filing No. 29). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion for Dismissal of the Indictment without prejudice (Filing No. 29) is granted as to this defendant only.

Dated this 22nd day of January 2019.

BY THE COURT:

Laurie Smith Camp
Senior United States District Judge